# LAW OFFICE OF ERIC SCHNEIDER
41 Pearl Street
Kingston, N.Y. 12401
**Mailing Address:**
P.O. Box 3936
Kingston, NY 12402

ERIC SCHNEIDER, ESQ.
JOHN A. DEGASPERIS, ESQ.

TEL:   (845) 339-6733
FAX:   (845) 331-2754
E-MAIL:  ericwrit@aol.com

RECEIVED IN
CHAMBERS OF
MAGISTRATE ORENSTEIN
SEP 0 2 2010

August 30, 2010

Magistrate Michael L. Orenstein
U.S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

      Re:   <u>United States v. Nasreen Gilani</u>   10 mJ 968

Dear Magistrate Orenstein:

      Thank you for allowing me to appear in the arraignment in the above-referenced matter.

      Enclosed herein is the original Appearance of Counsel form. My admission papers will be submitted as soon as I receive the Certificate of Good Standing from the Appellate Division – 3rd Department.

      Thank you for your kindness and understanding.

      Sincerely,

      John Arthur DeGasperis, Esq.

JAD/kf
Enclosure